**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA**

| In re: | |
|---|---|
| LUNA INNOVATIONS, INCORPORATED<br>LUNA TECHNOLOGIES, INC.<br>Debtor. | Case No. 09-71811<br>09-71810<br><br>Chapter 11 |

**STATEMENT OF UNITED STATES TRUSTEE CONCERNING APPOINTMENT OF
UNSECURED CREDITORS COMMITTEE**

The United States Trustee has not appointed an unsecured creditors committee in the referenced case pursuant to 11 U.S.C., Section 1102. The number of persons eligible and willing to serve on such a committee is presently insufficient to form an unsecured creditors committee.

The United States Trustee will appoint an unsecured creditors committee upon the request of an adequate number of unsecured creditors.

DATED: September 22, 2009

        W. CLARKSON McDOW, JR.
        UNITED STATES TRUSTEE
        FOR REGION FOUR

        By:   /s/ *John Robert Byrnes*
        John Robert Byrnes, Assistant U. S. Trustee
        for Western District of Virginia
        210 First Street, Suite 505
        Roanoke, VA 24011
        540-857-2806 - Telephone
        540-857-2844 - Facsimile

## CERTIFICATE OF SERVICE

I certify that true copies of the foregoing Statement was mailed to all creditors wishing to serve on the committee, the debtor and counsel for the debtor on the date set out below.

Date: September 23, 2009                By: /s/ *Sharon W. Stoneman*