**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LUNA INNOVATIONS INCORPORATED, et al., [1] | ) ) | Case No. 09-71811 (WFS) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related Docket Nos. 478, 491 and 548** |

**NOTICE OF (A) ENTRY OF ORDER CONFIRMING DEBTORS' CHAPTER 11 PLAN OF LIQUIDATION; (B) OCCURRENCE OF THE EFFECTIVE DATE OF THE PLAN; (C) THE ADMINISTRATIVE CLAIMS BAR DATE; AND (D) DEADLINE TO FILE PROFESSIONAL FEE CLAIMS**

TO:   ALL KNOWN CREDITORS AND EQUITY INTEREST HOLDERS AND THOSE PARTIES REQUESTING NOTICE IN ACCORDANCE WITH BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that on January 12, 2010, the United States Bankruptcy Court for the Western District of Virginia (the "Bankruptcy Court") entered its *Findings of Fact, Conclusions of Law, and Order Under 11 U.S.C. §§1129(a) and (b) and Fed. R. Bankr. P. 3020 Confirming First Amended Joint Plan of Reorganization* (the "Confirmation Order").  Unless otherwise defined in this Notice, capitalized terms used herein shall have the meanings ascribed to them in the *First Amended Joint Plan of Reorganization of Luna Innovations Incorporated and Luna Technologies, Inc.* (including all documents and agreements executed pursuant thereto, and as modified from time to time, the "Plan").

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan was **January 12, 2010** (the "Effective Date").

**PLEASE TAKE FURTHER NOTICE** that any party-in-interest wishing to obtain a copy of the Confirmation Order may obtain such copy: (i) at the Debtors' website:  http://chap11.epiqsystems.com/Luna, (ii) by contacting the Debtors' Claims Agent in writing at Luna Innovations, Inc., c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY  10017, or (iii) by calling the Claims Agent at (646) 282-2400.  Copies of the Confirmation Order may also be reviewed during regular business hours at the office of the Clerk of the Bankruptcy Court, 210 Church Avenue, Room 210, Roanoke, Virginia 24011 and may be obtained at the Bankruptcy Court's website (for a fee) at www.vawb.uscourts.gov, by following the directions for accessing the ECF system on such site.

**Administrative Claims Bar Date**

**PLEASE TAKE FURTHER NOTICE** that except as otherwise ordered by the Bankruptcy Court, all holders of Administrative Claims (except for Administrative Claims of Professionals and any fees or charges assessed against the Estates under section 1930 of title 28 of the United States Code) not paid prior to the Effective Date shall file and serve applications for the allowance of such Administrative Claims in accordance with section 503 of the Bankruptcy Code with the Bankruptcy Court on or before **February 26, 2010** (the "Administrative Claims Bar Date") or forever be barred from doing so and from receiving payment on account thereof.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Luna Innovations Incorporated (0050) and Luna Technologies, Inc. (0845).  The address for both Debtors is 1 Riverside Circle, Suite 400, Roanoke, VA 24016.

53786-001\DOCS_DE:156664.1

**Professional Fee Claims Bar Date**

  **PLEASE TAKE FURTHER NOTICE** that except as otherwise ordered by the Bankruptcy Court, all claims for Professional Fees not paid prior to the Effective Date shall file and serve applications for the allowance of such Professional Fees in accordance with section 503 of the Bankruptcy Code with the Bankruptcy Court on or before **March 15, 2010** (the "Professional Fee Claims Bar Date") or forever be barred from doing so and from receiving payment on account thereof.

  **PLEASE TAKE FURTHER NOTICE** that all holders of Administrative Claims and Professional Fee Claims must timely file and serve such applications on the following parties no later than the applicable bar date: (a) counsel to the Debtors, Magee Goldstein Lasky & Sayers, P.C., 310 First Street, S.W., Suite 1200, Roanoke, VA, 24011 or (540) 343-9800, Attention: A. Carter Magee, Jr., and Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) or (302) 652-4100, Attention: Laura Davis Jones, Esquire and (b) the Office of the United States Trustee, First Campbell Square Building, 210 First Street, SW, Suite 505, Roanoke, VA 24011, Attn: Margaret K. Garber, Esquire (collectively, the "Notice Parties").

Dated: January 21, 2010

By:  */s/ W. Joel Charboneau*

| MAGEE GOLDSTEIN LASKY & SAYERS, P.C. | PACHULSKI STANG ZIEHL & JONES LLP |
|---|---|
| A. Carter Magee, Jr. (VSB #20284) | Laura Davis Jones (DE Bar No. 2436) |
| W. Joel Charboneau (VSB #68025) | David M. Bertenthal (CA Bar No. 167624) |
| 310 First Street, S.W., Suite 1200 | Bruce Grohsgal (DE Bar No. 3583) |
| Roanoke, VA 24011 | 919 North Market Street, 17th Floor |
| Telephone: (540) 343-9800 | P.O. Box 8705 |
| Facsimile: (540) 343-9898 | Wilmington, Delaware 19899-8705 (Courier 19801) |
| Email: cmagee@mfgs.com | Telephone: (302) 652-4100 |
|    jcharboneau@mfgs.com | Facsimile: (302) 652-4400 |
| | Email: ljones@pszjlaw.com |
| - and - |    dbertenthal@pszjlaw.com |
| |    tcairns@pszjlaw.com |

              Counsel to the Debtors and Debtors in Possession

U:\A CLIENTS\Luna Innovations Inc.  9948\Pleadings\Amended Plan\Luna - Notice of Effective Date_v1.DOC

- 2 -