B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

In re: **LUNA INNOVATIONS INC., ET AL.,**　　　　　　　　　　Case No. **09-71811**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**LIQUIDITY SOLUTIONS, INC.**　　　　**ALLEGHENY BROKERAGE COMPANY, INC.**
　　　Name of Transferee　　　　　　　　　　　　　　Name of Transferor

Name and Address where notices to transferee　　　Court Claim # (if known): **95**
should be sent:　　　　　　　　　　　　　　　　　Amount of Claim: **$7,306.74**
　　　　　　　　　　　　　　　　　　　　　　　　Date Claim Filed: **8/17/2009**

**LIQUIDITY SOLUTIONS, INC**
**ONE UNIVERSITY PLAZA, SUITE 312**
**HACKENSACK, NJ 07601**

Phone: **(201) 968-0001**　　　　　　　　　　　　Phone: _____
Last Four Digits of Acct #: _____　　　Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):


Phone: _____
Last Four Digits of Acct #: _____


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/Gerald Jospitre　　　　　　　　　　　Date:  1/29/2010
　　　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**3103299**

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

In re: **LUNA INNOVATIONS INC., ET AL.,**                    Case No. **09-71811**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. **95** (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on **1/29/2010**.

| | |
|---|---|
| **LIQUIDITY SOLUTIONS, INC.** | **ALLEGHENY BROKERAGE COMPANY, INC.** |
| Name of Alleged Transferor | Name of Transferee |
| | |
| Address of Alleged Transferor: | Address of Transferee: |
| **One University Plaza, Suite 312** | **ALLEGHENY BROKERAGE COMPANY, INC.** |
| **Hackensack, NJ 07601** | **5389 C. V. JACKSON ROAD, STE. 1** |
| | **DUBLIN, VA 24084** |

**~~DEADLINE TO OBJECT TO TRANSFER~~**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                              _____
                                                         **CLERK OF THE COURT**

**3103299**

**TRANSFER NOTICE**

Allegheny Brokerage Company, Inc. ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **Luna Innovations Inc., et al.** (the "Debtor"), in the aggregate amount of **$7,306.74** , representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Western District of Virginia, administered as Case No. 09-71811.

IN WITNESS WHEREOF, Assignor has signed below as of the 5th day of Jan. 2010 ~~2009~~

Allegheny Brokerage Company, Inc.

_Patricia W. Mowrey_
(Signature)

PATRICIA W MOWREY - Director of Finance & Adim Serv.
(Print Name and Title)

_[signature]_
(Signature)

GERALD JOSPITRE
(Print Name of Witness)

Luna Innovations Inc., et al.
Claim # 95
Allegheny Brokerage Company, Inc.



3103299