**210B (12/09**)

# United States Bankruptcy Court

Western District of Virginia
Case No. 09-71811
Chapter 11

In re: Debtor(s) (including Name and Address)

Luna Innovations Incorporated
1 Riverside Circle, Ste. 400
Roanoke VA 24016

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/29/2010.

Name and Address of Alleged Transferor(s):

Claim No. : ALLEGHENY BROKERAGE COMPANY, INC., 5389 C. V. JACKSON ROAD, STE. 1, NEW RIVER VALLEY AIRPORT, DUBLIN, VA 24084

Name and Address of Transferee:

LIQUIDITY SOLUTIONS, INC
ONE UNIVERSITY PLAZA, SUITE #312
HACKENSACK, NJ 07601

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  01/31/10

John W. L. Craig, II
**CLERK OF THE COURT**

# CERTIFICATE OF NOTICE

```
District/off: 0423-7          User: obriens              Page 1 of 1              Date Rcvd: Jan 29, 2010
Case: 09-71811                Form ID: trc               Total Noticed: 1

The following entities were noticed by first class mail on Jan 31, 2010.
2876597      +ALLEGHENY BROKERAGE COMPANY, INC.,    5389 C. V. JACKSON ROAD, STE. 1,   NEW RIVER VALLEY AIRPORT,
               DUBLIN, VA 24084-2644

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 31, 2010**                    **Signature:**    _/s/ Joseph Speetjens_