United States Bankruptcy Court
For the Western District Of Virginia

| | |
|---|---|
| LUNA INNOVATIONS INC | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 09-71811 |
| <u>Debtor</u> | } **Amount $13,500.00** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**WEST VIRGINIA UNIVERSITY RESEARCH CORP**
**886 CHESTNUT RIDGE ROAD**
**MORGANTOWN, WV 26506**

The transfer of your claim as shown above in the amount of **$13,500.00** has been transferred to:

>Liquidity Solutions Inc
>One University Plaza
>Suite 312
>Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

<u>By/s/JEFFREY CARESS</u>
Liquidity Solutions Inc
(201) 968-0001

497573

## TRANSFER NOTICE

West Virginia University Research Corporation ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Luna Innovations Inc., et al. ("Debtors"), in the aggregate amount of $~~16,000.00~~ $13,500 RJR representing all claims of Assignor pending against Debtors in the United States Bankruptcy Court, Western District of Virginia, administered as Case No. 09-71811.

IN WITNESS WHEREOF, Assignor has signed below as of the 23RD day of FEB, 20~~09~~ 10.

West Virginia University Research Corporation

By: _[signature]_ 2/23/10
(Signature)

ALAN B. MARTIN, SECRETARY
(Print Name and Title)

Liquidity Solutions, Inc.

_[signature]_
(Signature)

GERALD JOSPITRE
(Print Name)

497573