United States Bankruptcy Court
For the Western District Of Virginia

| | |
|---|---|
| Luna Innovations Inc., Et Al. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. 09-71811 |
| | } |
| Debtor | } |

NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

PLEASE TAKE NOTICE that the transfer of claim **CYOPTICS  (related document [556])** in the amount of **$9,954.00** is hereby withdrawn by Liquidity Solutions Inc.

                                     By:/s/Gerald Jospitre
                                     Gerald Jospitre
                                     Liquidity Solutions Inc.
                                     201-968-0001

3103309